

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 16, 2020

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Rashaad Webb,*
       20 Mag. 11963

Dear Judge McCarthy,

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed. The defendant was arrested on November 13, 2020 and presented before Your Honor on November 16, 2020. Accordingly, this matter need not remain sealed any longer.

    Very truly yours,

    AUDREY STRAUSS
    Acting United States Attorney

by: _____
    Benjamin A. Gianforti
    Assistant United States Attorney
    (914) 993-1919

SO ORDERED:

_____  11-16-2020
JUDITH C. McCARTHY
United States Magistrate Judge