UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Rashaad Webb

                                     Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MJ 11963

Defendant Rashaad Webb hereby voluntarily consents to participate in the following proceeding via  _x_  videoconferencing or ___ teleconferencing:

_x_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


*Rashaad Web*_____        *Ben G*_____
Defendant's Signature                             Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Rashaad Webb_____       Benjamin Gold_____
Print Defendant's Name                          Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_11/16/2020_____               _*Judith C. McCarthy*_____
Date                                              U.S. District Judge/U.S. Magistrate Judge